Nov. 2, 2009

Donald G. Farrow

122 Lawrence Sherrod Rd.

Midville, Ga. 30441     Case Number    1:06CR09-01



Honorable Lacy H. Thornburg, U.S. District Judge

Western District of North Carolina

200 U.S. Courthouse, Asheville, N. C. 28801


Dear Judge Thornburg,

On January 3rd, 2007 I was sentenced to 5 months to the Bureau of Prisons to be followed by 5 months house arrest. Also to serve 3 years on probation and $240,400.00 fine. I have served my 5 months in prison and my 5 months house arrest. I had an unblemished record these 10 months. Since my release from prison on Dec. 17, 2007 I have been on probation also with a clean record. When I was released from prison, I started paying $100.00 per month to the court as ordered. This lasted for 12 months and with timely payments. In January 2009 my $100.00 per month payment was cancelled and the Dept. of Treasury started assessing my disability Social Security for 15% equaling a payment of $238.35. I have made efforts to get this corrected and find out why this happened. I do not feel this action is right. Your sentence has been overruled.

I am not able to work and my disability is my only income. With the economy as it is, and my health insurance and medicine requirements are exhaulting my income. This is effecting me with extreme stress.

It was determined by the court that I did not benefit financially for the error that I committed and am asking you to use wisdom and sound judgment to review this matter and dismiss the remainder of the fine. I feel that I have done as prescribed by your court and now being resentenced. I pray that you will consider my request in this matter. Also December, I will complete 2/3 of my probation with a clean record and am requesting my probation be suspended.

Thank you in advance for your favorable consideration.

*Donald G. Farrow*

Donald G. Farrow



Cc: Tim Corbin, U.S. Probation

Don Farrow
122 Lawrence Sherrod Rd.
Midville, GA 30441

RECEIVED
ASHEVILLE, N.C.
NOV 12 2009
Clerk, U. S. Dist. Court
W. Dist of N. C.

HONORABLE LACY H. THORNBURG
U.S. DISTRICT JUDGE
WESTERN DISTRICT OF NORTH CAROLINA
200 U.S. Courthouse at
Asheville, N.C.
28801

